

CONTRACTOR MANAGEMENT SERVICES
*Independent Contracting the Right Way*

## Agreement
### Confidentiality, Non-Disclosure and Non-Back Solicitation

This Agreement, made and entered into this __31__ day of __October__ 20_08_ by and between Contractor Management Services, LLC, a Nevada Limited Liability Company (hereinafter "CMS") and __Henry Frank Gulmezis__, whose address is __32 Fitzpatrick Cir Brockton MA__, (hereinafter "IC").

### Recitals

A. Whereas, __Express Courier__ (hereinafter "Company") has contracted with CMS for CMS to recruit and refer qualified independent contact drivers to Company to perform certain contract-based services for, or to, Company; and,

B. Whereas, IC has been referred by CMS to perform contract-based services for, or to, Company; and,

C. Whereas, IC has been informed the service requirements of Company's customers, the rates charged to said customers and other information, documents and materials of Company, to which IC will have access while providing services for, or to, Company, are considered confidential and of great value to Company; and,

D. Whereas, Company would not permit IC to provide contract-based services to, or for, Company without IC agreeing to execute this Confidentiality, Non-Disclosure and Non-Back Solicitation Agreement.

### Agreement

NOW, THEREFORE, in consideration of the terms and conditions set forth herein, CMS and IC hereby covenant, warrant and agree as follows:

1. IC and CMS hereby acknowledge and agree that Company permitting IC to provide contract-based services for, or to, Company is hereby deemed adequate and valid consideration to IC for the covenants, conditions and obligations imposed on IC as set forth hereinafter.

2. IC agrees not to, during the term of this Agreement or for a period of one (1) year after the expiration of this Agreement, disclose to any third party the service requirements of Company's customers, the rates charged to such customers, or any other information, documents or material obtained by IC as a result of providing services to, or for, Company, which is not available to the general public.

3. IC agrees not to, during the term of this Agreement or for a period of one (1) year after the expiration of this Agreement, use for IC's own benefit, profit, gain or advantage, the service requirements of Company's customers, the rates charged to said customers, or any other information, documents or material obtained by IC as a result of providing services to, or for, Company, which is not available to the general public.

EXHIBIT A

4. IC agrees not to, during the term of this Agreement or for a period of one (1) year after the expiration of this Agreement, within the Standard Metropolitan Statistical Areas of _EASTERN SEABOARD_, directly or indirectly in any capacity, including, but not limited to, as a proprietor, employee, partner, shareholder, agent, financier or co-investor, solicit, canvass, obtain employment or do business of a similar nature to that of Company with any person, firm, corporation or other entity who or which:

   a. is a customer of Company at the time of termination of this Agreement or at any time during the six (6) months immediately preceding the termination of this Agreement; and,
   b. for whom IC performed services during the term of this Agreement.

5. If IC is providing services to others, prior to entering into this Agreement, which services are of a similar nature to those being provided to, or for, Company, IC shall disclose the names of those customers to CMS. In the event any these prior customers of IC are also customers of Company at the time this Agreement is entered into or become customers of Company at any time hereafter, IC may continue to provide service to such customers and the providing of such services shall not be deemed a breach of any provision of this Agreement.

6. The term of this Agreement shall commence on the date first written above and shall automatically terminate upon the termination, for any reason, of the agreement for IC to provide contract-based services to, or for, Company.

7. In the event IC should breach any provision of this Agreement, the parties acknowledge and agree that (a) normal damages allowed at law for the breach of the covenants, warranties and agreements set forth herein above would be difficult or impossible to ascertain, and (b) Company would suffer irreparable injury if said breach, the attempt to breach, or the threat of said breach, was not immediately prevented or stopped. Therefore, IC hereby agrees and consents to the granting of equitable relief by way of a restraining order and/or injunction, mandatory or prohibitory, in a court of competent jurisdiction, to prevent, stop or cease the breach, threaten breach or attempted breach of any covenant, warranty or agreement set forth in this Agreement.

8. IC and CMS agree that Company is hereby expressly named a third-party beneficiary to this Agreement and, as such, Company shall have the right to enforce, including commencing legal action to enforce, any provisions of this Agreement in its own name.

9. CMS shall be deemed to have accepted and approved this Agreement by issuance of the first settlement check to Member.

Entered into and executed on the date first written above

IC:

_HENRY FRANICK GUIRMUS_
(Print Independent Contractor Name)

By _[Signature]_
(Signature)

Rev. 10/04                                            2